# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NICO LOIZOU,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:09-cv-1483-Orl-22KRS**

**LAKE AUSTIN PROPERTIES I, LTD.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Renewed Motion for Award of Attorney Fees (Doc. No. 70) filed on June 25, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 17, 2010 (Doc. No. 77) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Renewed Motion for Award of Attorney Fees (Doc. No. 70) is GRANTED in part.

      3.      Attorney's fees in the amount of $8,325.00 are hereby awarded to Plaintiff Nico Loizou and against the Defendant Lake Austin Properties I, Ltd.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 8, 2010.

Copies furnished to:

Counsel of Record

                                    ANNE C. CONWAY
                                    United States District Judge